IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -5 A 9:24

Charles B. Hall, Jr. #858029 )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )  CIVIL ACTION NO. 3:06cv301-WHA
 )  (To be supplied by the Clerk of the
State of Alabama )  U.S. District Court)
 )
Kenneth Gibbs, District Attorney )
 )
Eddie D. Mallard, Circuit Clerk )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  **PREVIOUS LAWSUITS**

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:
       Plaintiff(s) _____N/A_____
       
       Defendant(s) _____N/A_____
   
   2.  Court (if federal court, name the district; if state court, name the county)
       _____N/A_____
   
   3.  Docket No. _____N/A_____
   
   4.  Name of Judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT Dodge State Prison P.O. Box 276 Chester, Georgia

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Kenneth Gibbs, District Attorney 5th Judicial Circuit | |
| 2. | P.O. Box 830568, Tuskegee, Alabama | |
| 3. | Eddie D. Mallard, Circuit Clerk of Macon County | |
| 4. | Macon County Courthouse, Tuskegee, Alabama | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____ Continuing Violation of I.A.D., 1st, 6th, 14th Amendments

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendant Kenneth Gibbs Has Violated "I.A.D." And Deprived Plaintiff of "I.A.D." Rights and 6th and 14th Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Please See Attached Pages

## Statement Of Claims
### (con't)

**Ground One:** Defendant Kenneth Gibbs Has Violated The Speedy Trial Mandates Of The Interstate Agreement On Detainers Act, And Intentionally Deprived Plaintiff Of His Federal Rights Under The Interstate Agreement On Detainers Act and U.S. Constitution Sixth and Fourteenth Amendments.

### Facts

**1**
On November 7, 2002, Plaintiff initiated his Formal demand for Speedy Trial, under the Interstate Agreement On Detainers Act, ("I.A.D."), concerning the pending charges in the Macon County, Alabama Circuit Court Indictment *State of Alabama v. Charles B. Hall, JR.*, Case No. 33 and 34.

**2**
On November 7, 2002 Macon County, Alabama, District Attorney, Defendant Kenneth Gibbs, personally received proper service of Plaintiff's proper I.A.D. demand, and Plaintiff's I.A.D. demand, was also personally received by (Former) Macon County, Alabama Circuit Clerk Cassandra Daniels who filed Plaintiff's I.A.D. demand with the records of the court.

**3**
Defendant Kenneth Gibbs while acting under the color of law, has knowingly and intentionally refused to comply with the I.A.D. mandates in any respect, or otherwise administratively process Plaintiff's I.A.D. demand for a speedy trial or dismissal of the untried charges of the indictment, so as to knowingly and intentionally obstruct Plaintiff's access to the court and deprive Plaintiff of his Federal Rights under the I.A.D. and U.S. Constitution Sixth and Fourteenth Amendment Rights.

**4**
Over 3 years beyond the I.A.D. 180-day Speedy Trial deadline has ran, and Defendant Kenneth Gibbs has continuously obstructed Plaintiff's Right to meaningful access to the court, and committed subversive acts and omissions to cause unreasonable blockage of Plaintiff's Right and entitlement to dismissal of all charges.

-1-

<u>GROUND TWO</u>: Defendant(s) Kenneth Gibbs and Eddie Mallard Acting Joint and Severally, Has Obstructed and Denied Plaintiff His Rights To Meaningful Access To The Court To Have His Petition For Dismissal Of Pending Criminal Charges For Violation Of Interstate Agreement on Detainers Act 180-Day Speedy Trial Mandates, To Deprive Plaintiff Of His U.S. Constitution First, Sixth and Fourteenth Amendment <u>Rights</u>

<u>Facts</u>

1

On May 31, 2005, based upon the Failure to prosecute and violation of the I.A.D. 180-day Speedy Trial mandates, by the willfull acts and omissions of Defendant Kenneth Gibbs, Plaintiff filed in the Macon County Alabama Circuit Court, his Pro Se "Motion For Order Of Discharge, Dismissal and Acquittal Of Pending Charges For Failure To Prosecute and Violation Of Provisions Of I.A.D. 180-Day Speedy Trial Final Disposition." A stamped filed copy appears attached hereto as Exhibit No. 1.

2

Defendant Kenneth Gibbs and Macon County, Alabama Circuit Clerk, Defendant Eddie Mallard, has, acting in joint concert, Failed and Refused to allow Plaintiffs Motion to be heard, assigned to any Circuit Judge For Review and adjudication, and both of these Defendants have Refused to perform administrative duties that would cause or allow Plaintiffs Motion to be decided by a Circuit Judge.

3

Plaintiff has made diligent and Futile efforts to have his Motion assigned to a Circuit Judge and have the issue of Defendant Kenneth Gibbs violation of the I.A.D. 180 day Speedy Trial mandates, presented and decided by the Court, however, Defendants Kenneth Gibbs and Eddie Mallard Refuse to allow Plaintiffs Motion to be presented to a Judge For the issue to be decided, their knowingly obstructing Plaintiffs Right to meaningful access to the Courts, and intentionally depriving Plaintiff of his First and Fourteenth Amendment Rights.

-2-

GROUND TWO: Defendants Kenneth Gibbs and Eddie Mallard are Depriving Plaintiff of J.A.D Rights, and 6th and 14th Amendment Rights

SUPPORTING FACTS: Please See Foregoing Attached Page Ground Two

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1) Grant Declaratory Judgement Establishing Plaintiff's "J.A.D." Rights and Entitlements
2) Grant Preliminary Injunctive Relief Enjoining Plaintiff's Prosecution, and Permanent Injunctive Relief Enjoining Plaintiff's Prosecution
3) Award Plaintiff Appropriate Damages and Such Further Equitable Relief

Signature of plaintiff(s): Charles B Hall Jr.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-1-06
(date)

Signature of plaintiff(s): Charles B Hall Jr.

-3-