# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Charles B. Hall, Jr.

Plaintiff

V.

Kenneth Gibbs, et al.,

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED
APR - 5 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CASE NUMBER: 3:06cv301-WHA

I, __Charles B. Hall, Jr. #858029__ declare that I am the (check appropriate box)

■ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ■ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Dodge State Prison, Chester, Georgia__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ■ No
   b. Rent payments, interest or dividends              ☐ Yes    ■ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ■ No
   d. Disability or workers compensation payments       ☐ Yes    ■ No
   e. Gifts or inheritances                             ☐ Yes    ■ No
   f. Any other sources                                 ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ■ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

4-1-06                    Charles B Hall Jr.  #858029
_____              _____
Date                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

GA DEPT OF CORRECTIONS  
SCRIBE  
Account Statement

Dodge State Prison  
Business Office  
P. O. Box 276  
Chester, Ga 31012

DODGE STATE PRISON  
HALL, CHARLES  
GDC ID: 858029

March 22, 2006 01:39 PM  
Page: 1  
Printed By: ALLIGOOD, GENA

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $50.04 | $10.00 | $0.00 | $60.04 | $0.00 |

## RECEIPTS

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 03/22/2006 | 2083527 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US09665010562 | $50.00 |
| 02/23/2006 | 2010407 | MAIL ROOM RECEIPT | V. SIMPSON - US09137485091 | $50.00 |
| 02/06/2006 | 1960064 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US09312635496 | $50.00 |
| 01/23/2006 | 1924334 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - USPO09305803552 | $50.00 |
| 12/19/2005 | 1840543 | MAIL ROOM RECEIPT | V. SIMPSON - USPO08763120933 | $100.00 |
| 12/15/2005 | 1835329 | MAIL ROOM RECEIPT | JACQUEE PATNODE - WU05102799728 | $100.00 |
| 11/08/2005 | 1744071 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - USPO08762791454 | $50.00 |
| 11/08/2005 | 1744067 | MAIL ROOM RECEIPT | V. SIMPSON - USPO08762791432 | $50.00 |
| 10/03/2005 | 1657438 | MAIL ROOM RECEIPT | ACHARLENE RAGLIN - US 08941026262 | $50.00 |
| 09/13/2005 | 1617326 | MAIL ROOM RECEIPT | C. CARL - USP08763105014 | $25.00 |
| 08/12/2005 | 1547824 | MAIL ROOM RECEIPT | C CARL - US 08408091846 | $50.00 |
| 07/11/2005 | 1473911 | MAIL ROOM RECEIPT | CLARK - US 08408087008 | $50.00 |
| 07/11/2005 | 1473085 | MAIL ROOM RECEIPT | CHARLENE RAGLILN - US 085677393528 | $50.00 |
| 05/23/2005 | 1373367 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US 08566316032 | $75.00 |
| 05/19/2005 | 1369597 | MAIL ROOM RECEIPT | C. CARL - US 08408081564 | $50.00 |
| 04/22/2005 | 1316621 | MAIL ROOM RECEIPT | CALVIN CARL - US 08021939444 | $50.00 |
| 03/30/2005 | 1271374 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US 08172416880 | $50.00 |
| 03/14/2005 | 1237408 | MONEY ORDER | C. CARL - US 08021925832 | $50.00 |
| 02/22/2005 | 1196030 | MAIL ROOM RECEIPT | C CARL - US 07651195694 | $50.00 |
| 01/28/2005 | 1144546 | MAIL ROOM RECEIPT | CALVIN CARL - US 07652573043 | $50.00 |
| 12/22/2004 | 1077211 | MAIL ROOM RECEIPT | CALVIN CARL JR. - US 07651178561 | $50.00 |
| 12/20/2004 | 1067193 | MAIL ROOM RECEIPT | VALARIE SIMPSON - US 07651188090 | $50.00 |
| 12/20/2004 | 1067192 | MAIL ROOM RECEIPT | CALVIN CARL - US 07651175332 | $50.00 |
| 11/12/2004 | 990177 | MAIL ROOM RECEIPT | CALVIN CARL - US 07294572044 | $50.00 |
| 10/29/2004 | 964019 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US 07373181857 | $50.00 |
| 09/27/2004 | 903753 | MAIL ROOM RECEIPT | CALVIN CARL - US 7294560434 | $70.00 |
| 09/22/2004 | 897728 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US 7373199925 | $50.00 |
| 07/14/2004 | 774172 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - USPS 07000814880 | $100.00 |
| 07/06/2004 | 754048 | MAIL ROOM RECEIPT | C CARL - US 06923562355 | $80.00 |
| 05/28/2004 | 690309 | MAIL ROOM RECEIPT | C CARL - US 06558520713 | $40.00 |
| 04/22/2004 | 628491 | MAIL ROOM RECEIPT | C.CARL - US 06558517552 | $50.00 |
| 03/05/2004 | 540912 | MAIL ROOM RECEIPT | CHARLENE RAGLIN - US 06372983507 | $60.00 |

Account Statement                                                                                              8    Total Pages

| | | | |
|---|---|---|---|
| GA DEPT OF CORRECTIONS | DODGE STATE PRISON | | March 22, 2006 01:39 PM |
| SCRIBE- | | | Page: 2 |
| Account Statement | **HALL, CHARLES** | Printed By: | ALLIGOOD, GENA |
| | **GDC ID: 858029** | | |

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 01/27/2004 | 469249 | MAIL ROOM RECEIPT | V SIMPSON - US 06233559017 | $50.00 |
| 01/27/2004 | 469238 | MAIL ROOM RECEIPT | ALISHA SIMPSON - US 06233559006 | $40.00 |
| 11/21/2003 | 358855 | MAIL ROOM RECEIPT | C RAGLIN - USPS 05762011421 | $30.00 |
| 09/22/2003 | 257129 | MAIL ROOM RECEIPT | C RAGLIN - US 05761970010 | $50.00 |
| 09/22/2003 | 256941 | MAIL ROOM RECEIPT | C CARL - US 05343071837 | $50.00 |
| 09/05/2003 | 230288 | MAIL ROOM RECEIPT | A SIMPSON HAMMOND - US 05343063074 | $25.00 |
| 07/24/2003 | 160301 | MAIL ROOM RECEIPT | U SIMPSON - US 05343058293 | $50.00 |
| 05/21/2003 | 50510 | CONVERSION RECEIPT | CONVERSION - CONVERSION | $60.94 |

### WITHDRAWALS

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 03/16/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $11.10 |
| 03/02/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $38.35 |
| 03/01/2006 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 03/2006 | $1.00 |
| 02/23/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $9.00 |
| 02/16/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $25.60 |
| 02/09/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $35.35 |
| 02/02/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $19.85 |
| 02/01/2006 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 02/2006 | $1.00 |
| 01/26/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $39.50 |
| 01/19/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $34.49 |
| 01/05/2006 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $36.32 |
| 01/01/2006 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 01/2006 | $1.00 |
| 12/29/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $44.70 |
| 12/22/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $55.03 |
| 12/01/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $48.10 |
| 12/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 12/2005 | $1.00 |
| 11/17/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $47.72 |
| 11/08/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 11/2005 | $0.85 |
| 11/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 11/2005 | $0.15 |

Account Statement    8 Total Pages

Account Statement     **HALL, CHARLES**     Printed By: ALLIGOOD, GENA

**GDC ID: 858029**

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 10/27/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $14.11 |
| 10/06/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $35.07 |
| 10/03/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2005 | $0.67 |
| 10/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 10/2005 | $0.33 |
| 09/22/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $4.25 |
| 09/15/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $20.71 |
| 09/01/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $17.45 |
| 09/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 09/2005 | $1.00 |
| 08/18/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $31.35 |
| 08/11/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $9.80 |
| 08/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 08/2005 | $1.00 |
| 07/28/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $11.46 |
| 07/21/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $26.70 |
| 07/18/2005 | DODGE STATE PRISON | MISCELLANEOUS | SECRETARIUS MEMPS | | $31.90 |
| 07/14/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $18.05 |
| 07/11/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2005 | $1.00 |
| 06/30/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $20.95 |
| 06/16/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $26.06 |
| 06/09/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $28.55 |
| 06/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 06/2005 | $1.00 |
| 05/26/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $48.55 |
| 05/05/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $15.95 |
| 05/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 05/2005 | $1.00 |
| 04/28/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $33.05 |
| 04/21/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | Store Purchase | $5.05 |
| 04/14/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $15.55 |
| 04/07/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $17.95 |
| 04/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 04/2005 | $1.00 |
| 03/31/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $1.25 |

Account Statement     HALL, CHARLES     Printed By: ALLIGOOD, GENA

GDC ID: 858029

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 03/31/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $29.66 |
| 03/17/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $29.47 |
| 03/10/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $8.60 |
| 03/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 03/2005 | $1.00 |
| 02/24/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $41.45 |
| 02/10/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $3.05 |
| 02/03/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $45.15 |
| 02/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 02/2005 | $1.00 |
| 01/20/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $13.15 |
| 01/13/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $17.20 |
| 01/06/2005 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $13.65 |
| 01/01/2005 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 01/2005 | $1.00 |
| 12/31/2004 | DODGE STATE PRISON | MISCELLANEOUS | UNION SUPPLY COMPANY | PURCHASE SHOES | $53.00 |
| 12/30/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $52.22 |
| 12/10/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $35.06 |
| 12/02/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $58.65 |
| 12/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 12/2004 | $1.00 |
| 11/04/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $11.85 |
| 11/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 11/2004 | $1.00 |
| 10/28/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $11.91 |
| 10/14/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $19.60 |
| 10/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 10/2004 | $1.00 |
| 09/30/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $29.81 |
| 09/23/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $48.66 |
| 09/22/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2004 | $0.95 |
| 09/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 09/2004 | $0.05 |
| 08/19/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $22.95 |
| 08/12/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $29.95 |
| 08/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 08/2004 | $1.00 |

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 07/29/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $46.97 |
| 07/15/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $28.20 |
| 07/08/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $49.95 |
| 07/06/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2004 | $0.93 |
| 07/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 07/2004 | $0.07 |
| 06/03/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $38.00 |
| 06/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 06/2004 | $1.00 |
| 05/28/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 05/2004 | $0.93 |
| 05/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 05/2004 | $0.07 |
| 04/29/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $48.95 |
| 04/22/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 04/2004 | $0.98 |
| 04/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 04/2004 | $0.02 |
| 03/25/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $15.70 |
| 03/11/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $44.30 |
| 03/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 03/2004 | $1.00 |
| 02/19/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $7.00 |
| 02/12/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $30.10 |
| 02/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 02/2004 | $1.00 |
| 01/29/2004 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $49.95 |
| 01/27/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2004 | $0.93 |
| 01/01/2004 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 01/2004 | $0.07 |
| 12/18/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $10.00 |
| 12/04/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $29.95 |
| 12/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 12/2003 | $1.00 |
| 11/24/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $4.40 |
| 11/20/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $2.90 |
| 11/06/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $4.36 |
| 11/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 11/2003 | $1.00 |
| 10/16/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $25.55 |

GA DEPT OF CORRECTIONS SCRIBE
Case 5:06-cv-00301-WHA-SRW   Document 3   Filed 04/05/2006   Page 8 of 10
DODGE STATE PRISON
March 22, 2006   01:39 PM
Page: 6
Account Statement
Printed By: ALLIGOOD, GENA

**HALL, CHARLES**
**GDC ID: 858029**

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 10/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 10/2003 | $1.00 |
| 09/25/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $49.85 |
| 09/11/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $24.65 |
| 09/05/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2003 | $0.27 |
| 09/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 09/2003 | $0.73 |
| 08/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 08/2003 | $1.00 |
| 07/31/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $47.27 |
| 07/24/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 365319. 7/16/03 | $1.00 |
| 07/18/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 365319. 7/16/03 | $4.00 |
| 07/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 07/2003 | $1.00 |
| 06/10/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION - Reversal | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220786. 5/21/03 | ($5.00) |
| 06/01/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 06/2003 | $0.07 |
| 05/29/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $4.60 |
| 05/23/2003 | DODGE STATE PRISON | STORE PURCHASE | DODGE STATE PRISON | STORE PURCHASE | $36.27 |
| 05/22/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220790. 5/21/03 | $5.00 |
| 05/22/2003 | DODGE STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220786. 5/21/03 | $5.00 |

**OBLIGATIONS**
Paid Status: P = Partially paid; Y = Paid in full; R = Reversed; W = Written off

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 03/01/2006 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 03/2006 | $1.00 | Y |
| 02/01/2006 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 02/2006 | $1.00 | Y |
| 01/01/2006 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 01/2006 | $1.00 | Y |
| 12/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 12/2005 | $1.00 | Y |
| 11/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 11/2005 | $1.00 | Y |
| 10/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 10/2005 | $1.00 | Y |

**Account Statement**  **HALL, CHARLES**  Printed By: ALLIGOOD, GENA
GDC ID: 858029

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 09/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 09/2005 | $1.00 | Y |
| 08/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 08/2005 | $1.00 | Y |
| 07/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 07/2005 | $1.00 | Y |
| 06/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 06/2005 | $1.00 | Y |
| 05/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 05/2005 | $1.00 | Y |
| 04/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 04/2005 | $1.00 | Y |
| 03/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 03/2005 | $1.00 | Y |
| 02/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 02/2005 | $1.00 | Y |
| 01/01/2005 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2005 | $1.00 | Y |
| 12/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 12/2004 | $1.00 | Y |
| 11/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 11/2004 | $1.00 | Y |
| 10/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2004 | $1.00 | Y |
| 09/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2004 | $1.00 | Y |
| 08/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2004 | $1.00 | Y |
| 07/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2004 | $1.00 | Y |
| 06/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 06/2004 | $1.00 | Y |
| 05/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 05/2004 | $1.00 | Y |
| 04/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 04/2004 | $1.00 | Y |
| 03/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 03/2004 | $1.00 | Y |
| 02/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 02/2004 | $1.00 | Y |

GA DEPT OF CORRECTIONS -SCRIBE  Case 0:06-cv-00301-WHA-SRW  Document 3  DODGE STATE PRISON  Filed 04/05/2006  Page 10 of 10  March 22, 2006  01:39 PM

Page: 8

Account Statement  **HALL, CHARLES**  Printed By: ALLIGOOD, GENA
GDC ID: 858029

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 01/01/2004 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2004 | $1.00 | Y |
| 12/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 12/2003 | $1.00 | Y |
| 11/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 11/2003 | $1.00 | Y |
| 10/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2003 | $1.00 | Y |
| 09/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2003 | $1.00 | Y |
| 08/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2003 | $1.00 | Y |
| 07/18/2003 | DODGE STATE PRISON | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 365319. 7/16/03 | $5.00 | Y |
| 07/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2003 | $1.00 | Y |
| 06/10/2003 | DODGE STATE PRISON | MEDICAL CO-PAY - Reversal | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220786. 5/21/03 | ($5.00) | R |
| 06/01/2003 | DODGE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 06/2003 | $1.00 | W |
| 05/22/2003 | DODGE STATE PRISON | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220790. 5/21/03 | $5.00 | Y |
| 05/22/2003 | DODGE STATE PRISON | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 220786. 5/21/03 | $5.00 | R |

**COURT CHARGES**

| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
|---|---|---|---|---|---|---|

**COURT CHARGE MODIFICATIONS**

| Date Modified | Location | Court Charge Type | Payable To | Original Fee Amount | Modification Amount | Modification Reason |
|---|---|---|---|---|---|---|

Account Statement                                                    8  Total Pages