| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cie_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Cassubra Owls<br>C. Date of Delivery: 4-17-06 |
| 1. Article Addressed to:<br>Eddie D. Mallard<br>Circuit Clerk of Macon County<br>Macon County Courthouse<br>P. O. Box 830723<br>Tuskegee, AL 36083 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 3:06cv301 (cmp/order) RtR 40 days | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1160 0001 2962 3885 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |