Hall

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   R. Wright                    4-25-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

   Kenneth Gibbs
   District Attorney, 5th Judicial Circuit
   P. O. Box 830568
   Tuskegee, AL 36083

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:06cv301 (Complaint R+R 40 dys)

2. Article Number
   (Transfer from service label)   7005 1160 0001 2962 3878

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540