ORIGINAL

In The United States District Court
Middle District of Alabama
Eastern Division

RECEIVED
2006 APR 28 A 10: 46

Charles B. Hall, Jr. #858029,
        Plaintiff
    vs
State of Alabama, et al.,
        Defendants

Civil Action No
3:06-CV-301-WHA
(WO)

Prisoner Civil Rights
42 U.S.C. 1983

## Plaintiff's Objections To The U.S. Magistrate's Report And Recommendation

Come Now Charles B. Hall, Jr., Pro Se, Plaintiff in the above-styled action, and pursuant to the Court's April 14, 2006 Order [Doc 5] and 28 U.S.C. 636(b)(1), Files this, his Objections to the U.S. Magistrates Report and Recommendation entered in this case, and shows his objections as follows:

### Objections

1

Plaintiff objects to the U.S. Magistrate's Report And Recommendation for the dismissal of the claims stated against Defendant Kenneth Gibbs, but, only to the extent that the Court intends to dismiss Plaintiff's claims stated for the violation of the Interstate Agreement on Detainers Act (I.A.D.), and the obstruction and denial of access to the Court in violation of Plaintiff's First and Fourteenth Amendment Rights.

-1-

2

The U.S. Magistrate Recommended dismissal of the claims for damages against Defendant Kenneth Gibbs, on the grounds of Prosecutorial Immunity. However, Plaintiff asserts for concise clarity, in the event that the Court has misconstrued the claims stated against Defendant Kenneth Gibbs, Plaintiff does not seek damages from Defendant Gibbs to the extent that the alleged acts and omissions of the complaint were taken as part of Defendant Gibbs prosecutorial functions, and were not outside the scope of his immunity. Rather Plaintiff sues Defendant Gibbs in his Individual and Official Capacity for Declaratory Judgement, Equitable and Injunctive Relief.

3

Specifically, Plaintiff seeks Declaratory Judgement to establish his rights under the I.A.D. and entitlement to specific performance by Defendant Kenneth Gibbs, with respect to the violation of the I.A.D. Speedy Trial provisions and Plaintiff's entitlement to dismissal of the pending charges, accusations and indictment from which the detainer lodge with the Georgia Department of Corrections is based. Plaintiff further seeks a T.R.O. enjoining the prosecution and extradition of Plaintiff to Macon County Alabama, to be prosecuted on the charges subject to dismissal for violation of the I.A.D..

Finally, Plaintiff seeks Prospective Injunctive Relief of the nature of enforcement of the I.A.D. provisions for dismissal of the pending charges with prejudice.

4

Should the dismissal of the claims stated against Defendant Kenneth Gibbs, which the Magistrate has construed as seeking damages against this Defendant, prevent Plaintiff from obtaining Declaratory Judgement and Equitable Injunctive Relief of the nature described in the foregoing paragraph and pled in the complaint, then to this extent, Plaintiff objects to the U.S. Magistrate's Recommendation for dismissal of claims stated against Defendant Kenneth Gibbs.

This 24th Day of April, 2006

Pursuant to 28 U.S.C. 1746 I declare under the penalty of perjury that the foregoing statements are true.

_Charles Hall_
Charles B. Hall, Jr. #858029
Plaintiff - Pro Se
Dodge State Prison
P.O. Box 276
Chester, Georgia
31012

-3-

In the United States District Court
Middle District of Alabama
Eastern Division

Charles B. Hall Jr
    Plaintiff,
Vs.
State of Alabama, et al,
    Defendants

Civil Action No.
3:06-CV-301-WHA
(WO)
Prisoner Civil Rights
42 U.S.C 1983

## Certificate of Service

This is to certify that I have this day served a copy of the above & foregoing Plaintiff's Objections to the U.S. Magistrate's Report and Recommendations along with a declaration of mailing upon the District Attorney and the Court Clerk by way of U.S. Mail, First Class U.S. postage Addressed to:

District Attorney, Kenneth Gibbs
Macon County Circuit District Attorney Office
P.O. Box 830568
Tuskegee, Alabama 36083

Eddie Mallard
Circuit Clerk of Macon Co.
County Courthouse
Tuskegee, Alabama 36083

_Charles Hall_
Charles B. Hall Jr
Plaintiff
4-25-06

ORIGINAL

In The United States District Court
Middle District of Alabama
Eastern Division

RECEIVED
2006 APR 28 A 10:06

Charles B. Hall, Jr., #858029,
    Plaintiff
vs
State of Alabama, et al.,
    Defendants

Civil Action No.
3:06-CV-301-WHA
(WO)

Prisoner Civil Rights
42 U.S.C. 1983

## Declaration of Mailing

I, Charles B. Hall, Jr., Plaintiff in the above-styled action, do hereby declare that I have on this date mailed for filing with the Court: <u>Plaintiff's Objections To The U.S. Magistrate's Report and Recommendation</u>, by personally placing said filing in the Dodge State Prison Mailbox, properly addressed with sufficient First Class U.S. Postage affixed thereon, for mailing with the U.S. Mail addressed to:

<u>Office of The Clerk</u>
<u>U.S. District Court, Middle District Alabama</u>
<u>PO Box 711</u>
<u>Montgomery Alabama</u>
<u>36101-0711</u>

This 24th Day of April, 2006

Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury that the foregoing statement is true.

*Charles Hall*
Charles B. Hall, Jr. #858029
Plaintiff-Pro Se
Dodge State Prison
P.O. Box 276
Chester, Georgia 31012