IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES B. HALL, #858029, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv301-WHA |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5) and the Objections filed by the Plaintiff (Doc. #9).

The only effect of the Recommendation would be to dismiss the State of Alabama as a party and dismiss any claim by the Plaintiff for damages against Defendant Gibbs. Plaintiff's claim for injunctive and declaratory relief against Defendant Gibbs would not be affected, and the case would go forward on Plaintiff's request for injunctive/declaratory relief against the two remaining defendants, Kenneth Gibbs and Eddie Mallard. Therefore, the objection is overruled as moot, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against the State of Alabama is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i-iii).

2. Plaintiff's Complaint for damages against Defendant Gibbs is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

      3.  This case is referred back to the Magistrate Judge for further proceedings on the Plaintiff's request for injunctive/declaratory relief against the Defendants Gibbs and Mallard.

      4.  To the extent that the Plaintiff stated in his Objection that he "seeks a T.R.O.," the request for a temporary restraining order is DENIED.  The request for preliminary injunctive relief included in the Complaint will be considered by the Magistrate Judge.

      DONE this 2nd day of May, 2006.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE