IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES B. HALL, JR. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) |
| | ) CASE NO. 3:06-CV-301-WHA |
| STATE OF ALABAMA, ET AL. | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Kenneth Gibbs and Eddie Mallard, by and through the undersigned counsel, and hereby request an additional 45 (forty-five) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for this Defendant is due May 24, 2006.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendant to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

                Respectfully submitted,

                TROY KING
                ATTORNEY GENERAL

                /s/ Cheairs M. Porter
                Cheairs M. Porter
                ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of May 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Charles B. Hall, #858029
Dodge State Prison
PO Box 276
Chester, GA  31012

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)