IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHARLES B. HALL, JR., #858 029          *

    Plaintiff,                                       *

       v.                                            *          3:06-CV-301-WHA

STATE OF ALABAMA, *et al.*,                 *

    Defendants.                                    *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

    1.  Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

    2.  Defendants are GRANTED an extension from May 23, 2006 to July 7, 2006 to file their answer and written report.

    DONE, this 24th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE