# AFFIDAVIT

Come now the affiant, Eddie D. Mallard, Circuit Clerk of Macon County, Alabama do hereby the following.

My residence is 604 Crawford Street, Tuskegee, Alabama. I have served as the Circuit Clerk of Macon County since January 17, 1977.

In response to Civil Action No 3:06 CV-301-WHA, I deny that I as Circuit Clerk or individually nor any of the Macon County Circuit Clerk office staff conspired or unintentionally acted in any manner to deny or infringe upon the personal or the constitutional rights of plaintiff Charles Hall.

Mr. Hall's correspondence to the Macon County Circuit Clerk Office was duly noted and assigned to the Clerk of the Criminal Division in the Macon County Circuit Clerk Office. On each occasion the criminal division clerk discussed the plaintiffs correspondence with the Macon County Assistant District Attorney and the county jail supervisor and they were given copies of the plaintiffs correspondence each time the plaintiff corresponded with the Circuit Clerk Office.

All documents filed in the Macon County Circuit Clerk Office relative to the plaintiff were immediately processed and submitted to the required agencies and departments for further disposition, please see the enclosed documents and letters.

The above being composed and signed on the 5th day of May, 2006.

BY: _Eddie D. Mallard_
Eddie D. Mallard
Circuit Clerk
Macon County, Alabama

Sworn and subscribed before me Bernice M Percy
Notary Public State of Alabama-at-Large on this 5th day of May 2006.

(SEAL)

_Bernice M. Percy_
Notary Public State-at-Large

EXHIBIT 1