IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Charles B. Hall, Jr. #858029 ) | |
| v. ) | Civil Action No. 3:06CV301-WHA |
| State of Alabama ) Kenneth Gibbs, District Attorney Eddie D. Mallard, Circuit Clerk ) | |

## AFFIDAVIT

    I recall the incident with Charles Hall and the fact that he was indicted. I seem to remember that, at the time that his indictment was returned by the Macon County Grand Jury, Charles Hall had left Alabama and I think was in trouble in Georgia. I later found out that Charles Hall was incarcerated in Georgia. The Indictment had not been served on him. I contacted the Macon County (Alabama) Sheriff's Department and informed Deputy Tommy Miller, who was in charge of their Civil Division, that Charles Hall was incarcerated in Georgia and that there was an outstanding Indictment for him that needed to be served. I asked him to see to it that it was served. I made this request of him on at least two separate occasions. To my knowledge, the Indictment was never served.

    I also made contact with Investigator Peterson of the Tuskegee Police Department, who was the case agent for Charles Hall's case, and asked him to see to it that the Indictment was served. I seem to recall an instance where Investigator Peterson actually went to the prison in Georgia where Charles Hall was being housed. Investigator Peterson went there on an unrelated matter and I asked him to serve Charles Hall. To my knowledge, the Indictment was never served.

Sincerely,

*[signature]*
Kenneth E. Gibbs

EXHIBIT 2

     I, the undersigned Notary Public, in and for said County and State, hereby certify that Kenneth E. Gibbs after first duly sworn, and being informed of the contents of the above affidavit did subscribe his name to the same in my presence on this the 9th day of June, 2006.

_Leigh Ann Ballard_
NOTARY PUBLIC

My Commission Expires: 10-29-07