## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )  Case No. GJ# 33, 34<br>) |
| CHARLES HALL,<br>   Defendant. | )<br>)<br>) |

### ORDER

This matter came before the Court on a Motion to Dismiss filed by the State of Alabama and the Court having considered the same, said motion is hereby Granted.

This matter is hereby dismissed and the Defendant shall be discharged from any pending bond in this matter.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to the Defendant.

DONE this the 25th day of May, 2006.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILED IN CIRCUIT CLERKS OFFICE MACON COUNTY, AL
2006 MAY 30 P 12: 02
EDDIE D. MALLARD
CIRCUIT CLERK

I, Eddie D. Mallard, Clerk of Macon County Circuit Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appears of record in said Court.
Witness my hand this ___ day of June, 20 06
EDDIE D. MALLARD
Clerk, Macon County Circuit Court

EXHIBIT 3

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br>Plaintiff, | )<br>)<br>) |
| VS. | )   GJ# 33,34 |
| CHARLES HALL,<br>Defendant. | )<br>)<br>) |

**MOTION TO DISMISS**

Comes now the State of Alabama, by and through its Deputy District Attorney for the Fifth Judicial Circuit, Kalia S. Lane, and respectfully moves this Honorable Court to dismiss the pending charge against he above referenced defendant.

Respectfully submitted on this 10th day of May, 2006.

Kalia S. Lane
Deputy District Attorney