## A F F I D A V I T

CHARLES B. HALL
    PLAINTIFF

VS.                        CIVIL ACTION: No: 3:06 CV-301-WHA

STATE OF AL, ET AL.
    DEFENDANTS

### STATE OF ALABAMA
### MACON COUNTY

I, Eddie D. Mallard, hereby certify and affirm that I am the Circuit Clerk of Macon County; that I am the custodian of court records in Macon County; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained her in the Circuit Clerk Office and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matter stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Macon County Circuit Clerk Office; and that said documents ( and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

This, I do herby certify and affirm to on the 7th day of July, __**2006**__ .

_Eddie D. Mallard_
Eddie D. Mallard
Circuit Clerk
Macon County

State of Alabama

Macon County

Sworn to and subscribed before me and under my hand and official seal this _7th_ day of July , 2006.

_Mary H. Perry_
Notary Public
My comm. Expires _2/17/09_

EXHIBIT
4

PENGAD 800-631-6989

# IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

STATE OF ALABAMA,       )
   Plaintiff,       )
             )
vs.            )  Case No. GJ# 33, 34
             )
CHARLES HALL,       )
   Defendant.      )

## ORDER

   This matter came before the Court on a Motion to Dismiss filed by the State of Alabama and the Court having considered the same, said motion is hereby Granted.

   This matter is hereby dismissed and the Defendant shall be discharged from any pending bond in this matter.

   The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to the Defendant.

   DONE this the 25th day of May, 2006.

               _____
               TOM F. YOUNG, JR.
               Circuit Judge

EDDIE D. MALL
CIRCUIT CLERK

2006 MAY 30 P 12: 02

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

cc: DA
  Atty General
  US Middle Dist Ct.
  Jail
  Charles Hall

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

STATE OF ALABAMA,                    )
    Plaintiff,                       )
                                )
VS.                                  )          GJ# 33,34
                                  )
CHARLES HALL,                        )
    Defendant.                       )

## <u>MOTION TO DISMISS</u>

Comes now the State of Alabama, by and through its Deputy District Attorney for the

Fifth Judicial Circuit, Kalia S. Lane, and respectfully moves this Honorable Court to

dismiss the pending charge against he above referenced defendant.

Respectfully submitted on this _10th_ day of May, 2006.

                                     Kalia S. Lane
                                     Deputy District Attorney

EDDIE D. MALLA
CIRCUIT CLERK

2006 MAY 10  A 11: 45

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

In The United States District Court
Middle District Of Alabama
Eastern Division

Charles B. Hall, Jr., #858029,
        Plaintiff
    vs
State of Alabama, et al.,
        Defendants

Civil Action No.
3:06-CV-301-WHA
( WO )

Prisoner Civil Rights
42 U.S.C. 1983

Declaration Of Mailing

I, Charles B. Hall, Jr., Plaintiff in the above-styled action, do hereby declare that I have on this date mailed for Filing with the Court: Plaintiffs Objections To The U.S. Magistrate's Report and Recommendation, by personally placing said Filing in the Dodge State Prison Mailbox, properly addressed with sufficient First Class U.S. Postage affixed thereon, for mailing with the U.S. Mail addressed to:

Office of The Clerk
U.S. District Court, Middle District Alabama
Po Box 711
Montgomery , Alabama
            3610l - 0711

This 24th Day Of April, 2006
Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury that the foregoing statement is true.

Charles O Hall

Charles B. Hall, Jr. # 858029
Plaintiff-Pro Se
Dodge State Prison
P.O. Box 276
Chester, Georgia 31012

In The United States District Court
Middle District of Alabama
Eastern Division

Charles B. Hall, Jr. #858029,
    Plaintiff
vs
State of Alabama, et al.,
    Defendants

Civil Action No
3:06-CV-301-WHA
(WO)

Prisoner Civil Rights
42 U.S.C. 1983

## Plaintiff's Objections To The U.S. Magistrate's Report And Recommendation

Come Now Charles B. Hall, Jr., Pro Se, Plaintiff in the above-styled action, and pursuant to the Court's April 14, 2006 Order [Doc 5] and 28 U.S.C. 636(b)(1), Files this, his Objections to the U.S. Magistrates Report and Recommendation entered in this case, and shows his objections as follows:

### Objections

Plaintiff objects to the U.S. Magistrate's Report And Recommendation For the dismissal of the claims stated against Defendant Kenneth Gibbs, but, only to the extent that the Court intends to dismiss Plaintiff's claims stated For the violation of the Interstate Agreement on Detainers Act (I.A.D.), and the obstruction and denial of access to the Court in violation of Plaintiff's First and Fourteenth Amendment Rights.

- 1 -

2

The U.S. Magistrate Recommended dismissal of the claims For damages against Defendant Kenneth Gibbs, on the grounds of Prosecutorial Immunity. However, Plaintiff asserts For concise clarity, in the event that the Court has misconstrued the claims stated against Defendant Kenneth Gibbs, Plaintiff does not seek damages From Defendant Gibbs to the extent that the alleged acts and omissions of the complaint were taken as part of Defendant Gibbs' prosecutorial Functions, and were not outside the scope of his immunity. Rather Plaintiff sues Defendant Gibbs in his Individual and Official Capacity For Declaratory Judgement, Equitable and Injunctive Relief.

3

Specifically, Plaintiff seeks Declaratory Judgement to establish his Rights under the I.A.D. and entitlement to specific performance by Defendant Kenneth Gibbs, with Respect to the Violation of the I.A.D. Speedy Trial Provisions and Plaintiffs entitlement to dismissal of the pending charges, accusations and indictment From which the detainer lodge with the Georgia Department of Corrections is based. Plaintiff Further seeks a T.R.O. enjoining the prosecution and extradition of Plaintiff to Macon County Alabama, to be prosecuted on the charges subject to dismissal For Violation of the I.A.D..

Finally Plaintiff seeks Prospective Injunctive Relief of the Nature of enforcement of the I.A.D. provisions for dismissal of the pending changes with prejudice.

4

Should the dismissal of the claims stated against Defendant Kenneth Gibbs, which the Magistrate has construed as seeking damages against this Defendant, prevent Plaintiff From obtaining Declaratory Judgement and Equitable Injunctive Relief of the Nature described in the Foregoing paragraph and pled in the complaint, then to this extent, Plaintiff objects to the U.S. Magistrate's Recommendation For dismissal of claims stated against Defendant Kenneth Gibbs.

This 24th Day of April, 2006

Pursuant to <u>28 U.S.C. 1746</u> I declare under the penalty of perjury that the Foregoing statements are true.

_Charles Hall_
Charles B. Hall, Jr. #858029
Plaintiff-Pro Se
Dodge State Prison
P.O. Box 276
Chester, Georgia
31012

IN THE UNITED STATES DISTRICT COURT
Middle DISTRICT OF Alabama
EASTERN DIVISION

Charles B. Hall, Jr
PLAINTIFF,

VS.

STATE OF Alabama, et al,
DEFENDANTS

CIVIL Action NO.
3:06-CV-301-WHA
(WO)
PRISONER Civil Rights
42 USC 1983

CERTIFICATE OF SERVICE

This is to certify that I have this day SERVED a copy of the above and foregoing PLAINTIFF's objections to the U.S. MAGISTRATE'S REPORT AND RECOMENDATIONS Along with a DECLARATION of mailing upon the DISTRICT ATTORNEY AND the COURT CLERK by way of U.S. Mail, FIRST Class U.S. postage. Addressed to:

DISTRICT ATTORNEY, KENNETH Gibbs
MACON County CIRCUIT DISTRICT ATTORNEY OFFICE
P.O. Box 830568
Tuskegee, Alabama, 36083
Eddie D. MALLARD
Circuit CLERK of MACON Co
County Courthouse
Tuskegee, Alabama 36083

Charles Hall
Charles B. Hall Jr
PLAINTIFF
4-25-06

Charles B. Hall, Jr.
G.D.C #858029
Dodge State Prison
P.O. Box 276
Chester, Georgia 31012

March 9, 2006

Eddie D. Mallard
Circuit Clerk of Macon Co.
County Courthouse
Tuskegee, Alabama
36083



Re: Pending Indictment: State of Alabama v. Charles B. Hall,
Case No. 33 and 34

Dear Mr. Mallard,

I have written you in the past, in
response to your letter of response to my inquiry as to
the status of my Motion For Order Of Discharge, Dismissal
and Acquittal Of Pending Charges For Failure To Prosecute
and Violation Of Provisions Of Interstate Agreement On
Detainers Act, 180 Day Speedy Trial-Final Disposition"
Filed on May 31, 2005. My last letter was dated and
mailed January 24, 2006.

In your January 18, 2006 letter you stated that, the
above-referenced case "is a pending indictment... This
indictment will not become a case until it has been
served on you, and also this is when you will be
assigned a Judge."

With respect to this case and the inordinate delay,
I previously advised you that Notice of this indictment
was served, on April 8, 1999, over 5 years ago, upon
me and the Georgia Department of Corrections. Further,
in response, I filed with the Court, and records of
this case, District Attorney Kenneth Gibbs and your

~1~

predecessor, my request for Final Disposition, pursuant to the Interstate Agreement On Detainers Act.

There has been no Further attempt to prosecute me or bring this case to trial, and under the I.A.D. 180 day Speedy Trial Provisions, the changes and indictment are a mere nullity, and void as a matter of Federal Law. As such I Filed my Motion For Order of Discharge on May 31, 2005.

Mr. Mallard, the Failure and refusal to process my Motion For Order Of Discharge, Dismissal and Acquittal based upon the violation of the I.A.D., as any other Motion, is violating my Rights to access to the Court and both Due Process and Equal Protection of the law under the U.S. Constitution First and Fourteenth Amendments Rights.

If my case will not be assigned to a Judge, For my Motion to be decided, which I believe is the duty and administrative Function of the Court Clerk, then, my only Remedy For the obstruction and denial of my access to the Court, is to commence action in the U.S. District Court under 42 U.S.C. 1983.

Also, I requested that you send to me a copy of the indictments in this case, that has been Filed with the Court, and a copy of the Court's Docket Sheet, which lists the Filings and entries made to the Record of this case.

I have received no Response From you, replying to my January 24, 2006 letter, nor any of the Court documents requested.

Mr. Mallard, I am, in good Faith making this my Final Request and demand For the assignment of my case and pending motion to a Judge to

decide my Motion, In addition, to Responding to my Request For a copy of the Indictments and Docket Sheet listing the Filings and entries made to the Record of Case No. 33 and 34. Your immediate attention and Response will be appreciated. However, inasmuch as there has been an inordinate delay in this case being postured For Final Disposition, and what appears to be improper acts and omissions by District Attorney Kenneth Gibbs' and the Clerks Office, please be advised that should I not Receive the Requested documents, and confirmation that a Judge has been assigned to my case to decide my dispositive motion, I will Forthright be commencing Federal Civil Rights action in the U.S. District Court, naming inter alia, you as a party-Defendant, pursuant to 42 U.S.C. 1983, seeking appropriate Redress, injunctive Relief and damages where authorized under the law.

   I hope this matter can be Resolved without necessitating the litigation of Civil Rights violations. Your Response will be appreciated and I look Forward to your cooperation and immediate attention.

                              Respectfully
                              Charles Hall
                              Charles B. Hall, JR.
                              Defendant-PRo Se

cc: Personal Records
Kenneth Gibbs

-3-



**MACON COUNTY SHERIFF DEPARTMENT**
246 COUNTY ROAD 10
TUSKEGEE, AL 36083
(334) 724-0669 / FAX (334) 724-0009
DETENTION CENTER (334) 727-2500

DAVID M. WARREN
SHERIFF

RAY MILLER
CHIEF DEPUTY

Macon County Sheriff
246 County Road 10
Tuskegee, AL 36083

07/28/04

In response to your letter requesting the hold which has been placed on you be removed. I have spoken to DA Gibb's regarding an order being issued to remove this from your file. As soon as he responds I will send a copy to the proper authority.

I might suggest that you make contact with him. There is nothing that I can do until I have something from the Court requiring me to do so.

Sincerely :

*Tommy Miller*

Tommy Miller
Macon County Sheriff Department

✗ Copies give to DA.
2-2-06

Charles B. Hall, Jr. #858029
Dodge State Prison
P.O. Box 276
Chester, Georgia 31012

January 24, 2006

Eddie D. Mallard
Circuit Clerk of Macon Co.
Macon County Courthouse
Tuskegee, Alabama 36083

Re: Pending Indictment, State of Alabama v. Charles B. Hall
Case Number(s) 33 and 34.

Dear Mr. Mallard,
I am in receipt of your letter dated January 18, 2006, advising me that the above reference case "is a pending indictment... This indictment will not become a case until it has been served on you, and also this is when you will be assigned a Judge"

First, perhaps you are unaware of the fact that Notice of the pending indictment was served upon me, and the Georgia Department of Corrections on April 8, 1999, upon Sheriff Tommy Miller lodging a Detainer with the Georgia Department of Corrections on this date. Second, in Response to the detainer, pursuant to the Interstate Agreement on Detainers Act ("I.A.D.") and in full compliance with the procedural requirements, I filed with this Court and served upon District Attorney, Kenneth Gibbs, my Request for Final Disposition and demand for a Speedy Trial on November 7, 2002.

~1~

Based upon the Federal Law provisions of the I.A.D., my Request For Final disposition invoked the 180 day limitations period for the State of Alabama to bring me to trial. There has been no action taken by the Court or District Attorney Kenneth Gibbs, in violation of Sec.2, Art.3 of the I.A.D., timely or otherwise. As a result, I filed with this Court, on May 31, 2005, my Pro Se "Motion For Order of Discharge, Dismissal and Acquittal of Pending Charges For Failure To Prosecute and Violation of Provisions Of I.A.D. 180 Day Speedy Trial-Final Disposition Provisions." Such is the basis for my previous inquiries and this letter of inquiry to you.

If you would be so kind to provide me with the following, I will be greatful.

1) Please provide me with information as to when my pending motion Filed will be heard, and if there is a time period For the Court to decide pending motions, please advise me what it is;

2) Please Forward to me, From the Court's Records of this case, copies of all Filings made with the Record, which should include stamp Filed copies of the Indictment, My I.A.D. Request and any other Filed Records and documents pertaining to the case and charges. IF you require payment For copy costs, please either Remit with the documents a bill For cost of copying, or advise me of costs associated with copying the Case File Records of the Court.

3) If there are any Formal and promulgated Court Forms available which are required to be used and Filed by a Pro se Defendant to have a case/pending indictment and motions assigned to a Judge, please Forward to me any such Forms.

It is my intention and desire to obtain a Final Disposition in this case, and dispose of the charges while I am serving the current sentence in the State of Georgia. As a result, I need copies of the Court Records to prepare to do so, and any such Further assistance which you may be able to provide me with.

I look Forward to your Response, and your time and assistance will be greatly appreciated. Thank you.

Sincerely

Charles Hall    858029

Charles B. Hall, Jr. #858029
Defendant - Pro se

CC: Personal Records
     Kenneth Gibbs, District Attorney
     -3-



# STATE OF ALABAMA
## 5th JUDICIAL CIRCUIT

☐ Chambers County
County Courthouse
Lafayette, AL 36862

☑ Macon County
County Courthouse
Tuskegee, AL 36083

☐ Randolph County
County Courthouse
Wedowee, AL 36278

☐ Tallapoosa County
County Courthouse
Alexander City, AL 35010

☐ Tallapoosa County
County Courthouse
Dadeville, AL 36853

*(Please reply to address checked above.)*

JANUARY 18, 2006

CHARLES B. HALL, JR. #8580029
DODGE STATE PRISON
P.O. BOX 276
CHESTER, GA 31012

DEAR MR. HALL:

   WE ARE IN RECEIPT OF YOUR LETTER IN REFERENCE TO CASE NUMBER
33 AND 34, HOWEVER THIS IS A PENDING INDICTMENT AGAINST YOU.
THIS INDICTMENT WILL NOT BECOME A CASE UNTIL IT HAS BEEN SERVED
ON YOU, AND ALSO THIS IS WHEN YOU WILL BE ASIGNED A JUDGE.

   PLEASE CONTACT OUR OFFICE FOR FURTHER INFORMATION IF
NEEDED.

EDDIE D. MALLARD
CIRCUIT CLERK OF MACON CO.



Charles B. Hall, Jr. #858029
Dodge State Prison
PO Box 276
Chester, GA  31012


January 2, 2006

Cassandra Daniel, clerk
Circuit Court of Macon County, Alabama
PO Box 830723
Tuskegee, AL  36083

Re: Case status information on State of Alabama
v. Charles B. Hall, Jr., case no. 33 and no. 34,
and request for court forms

Dear Ms. Daniel:

   I will be greatful for a few moments
of your time and assistance to first, reply
and advise me of the following information
concerning the status of my "Motion for Order
of Discharge, Dismissal and Acquittal of
Pending Charges for Failure to Prosecute and
Violation of Provisions of the Interstate Agreement
on Detainers Act", filed with the Court on
May 31, 2005;

(1) Whether the Macon County District Attorney has filed with the Court any response or opposition pleading to my motion. If so, I have not been served a copy of any responsive pleading and I will be greatful if you would please forward to me a copy of any response pleading to my motion filed with the Court;

(2) The name and mailing address of the Circuit Court Judge to whom my case and motion has been assigned for adjudication.

Second, because I am incarcerated in the State of Georgia, I do not have access to State of Alabama Court Rules, Procedures, Laws, and Forms. Would you please send to me:

(1) Any standard court form which is used for filing a Complaint for Writ of Mandamus in the Circuit Court of Macon County;

(2) A copy of the Circuit Court of Macon County Rules and Procedures;

(3) The mailing address to the State of Alabama Appeals Courts.

If you would please provide me with the information requested, I will be extremely grateful.

Further, if there has been any ruling or decision on my motion, please forward to me a copy of the filed Order and decision. Thank you.

Sincerely,

Charles B. Hall, Jr.
#858029

Charles B. Hall, Jr.
G.D.C. # 858029
Dodge State Prison
P.O. Box 276
Chester, Georgia 31012

May 16, 2005

Ms. Cassandra Daniel
Clerk of Circuit Court
Circuit Court of Macon County.
P.O. Box 830723
Tuskegee, Alabama 36083

Via Certified Mail Receipt No. 7003 3110 0000 9960 1525

Re: Filing of Defendant's Motion for Order of
     Discharge, Dismissal and Acquittal in
     <u>State of Alabama v. Charle B. Hall, Jr.</u>
     Grand Jury Indictment No. 33 and No. 34

Dear Ms. Daniel,

                   Enclosed for filing and
consideration by the Court, please find an
original and carbon copy of: <u>Defendants Motion</u>
<u>For Order Of Discharge Dismissal And Acquittal</u>
<u>Of Pending Charges For Failure To Prosecute</u>
<u>And Violation Of Provisions Of Interstate</u>
<u>Agreement On Detainers Act</u>, w/ Certificate
Of Service attached.

     Please file the enclosed original and
Return to me a stamped Filed copy of
the additional copy enclosed. I have

1 of 2

enclosed a self addresed stamped envelope for your return mailing convenience.

I will be extremely greatful for your time and attention in this matter, and will appreciate it if you would bring this matter to the attention of the Circuit Judge who will decide my motion. I would really like to dispose of the pending charges, which are adversely affecting my parole eligibility and being timely considered for release on parole from my present incarceration in the State of Georgia. Thank You

Respectfully,

Charles B. Hall, Jr.
Defendant - Pro Se

cc: Kenneth Gibbs.
Records of Charles Hall

FILED IN
CIRCUIT CLERKS OFFICE

2003 JUL -7 A 10: 05

EDDIE D. HALL
CIRCUIT CLERK

To: Circuit Court Clerck

Ms Cassandra Daniels

Circuit Court Clerck

Po Box 830723

Tuskegee, AL 36083

Dear Ms. Daniels,

I am writing in Reguards to the Request of Final Disposition that was filed on my behalf. It was recieved by you on 11-07-02 Their was a 180 day time limit in which, I and the facility I am being held at which is now Dodge State Prison was to be notified. The time period thus fore has Expired as of 5-07-03 I am writing to see if your Office will make arrangments to either bring me to Court or have the Charges Dissmissed so that the Detainer in my file can be dropped. Either way Can you please contact me as well as this facility So that this matter may be Disposed of.

Thank you

Sincerely

Charles Hall

DC-97-491-492-493-494-495 (2)

D.A - Poss Mari - Rec Stoln Prop - Reckless End - Resist arrest



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Walker State Prison
P.O. Box 98
Rock Spring, Ga.
30228

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Walker State Prison
P.O. Box 98
Rock Spring, Ga.
30739

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circut Court Clerk
P.O. 830723
Tuskegee, Al.
36083

2. Article Number (Copy from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Cassandra Daniels   B. Date of Delivery  11-7-02

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Gibbs
District Attorney Office
P.O. Box 830568
Tuskegee, Al
36083

2. Article Number (Copy from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Kenneth E. Gibbs   B. Date of Delivery  11/7/02

C. Signature
X Kenneth E. Gibbs  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

## THE STATE OF ALABAMA

_____ COUNTY

Circuit Court, _____ Term, 19____

**To the Sheriff of said County:**

I hereby certify that this is a true and complete copy of the indictment presented to the Court by the Grand Jury of Said County against _____

_____ charged with _____ together with all endorsements on said Indictment, and that the trial is set for _____ 19____

or _____ his counsel.

Witness my hand, this _____ 19____

_____, Clerk

I hereby certify that I have received above stated copy of indictment from the Circuit Court Clerk of said County and served same on _____

at _____ o'clock ____ M., ____ 19____

_____, Sheriff

_____, D.S.

---

No. _____

## THE STATE OF ALABAMA

MACON _____ COUNTY

## CIRCUIT COURT

SPRING Term, 19 . 98

THE STATE
vs.

Hall, Jr., alias Charles, Charles B. Hall

### INDICTMENT

Receiving Stolen Property 1st
Possession of Marihuana 1st

WITNESSES:

Foster White

Alvin Turner
Richard Peterson
Otto Robinson

No Prosecutor

---

Grand Jury No. _____ 33,34

A TRUE BILL: ---

_____ Foreman Grand Jury

Filed in open Court on the ____ 3rd ____ day of February 19 98
in the presence of the Grand Jury.

_____ Clerk

Presented to the presiding Judge in open Court by the Foreman of the Grand Jury, in the presence of

Grand Jurors, and filed by order of the Court this ____ 17 ____ other day of February 1998

_____ Clerk

Bail fixed at $ 7,500 (EACH)

this ____ 3 ____ day of February 19 98

_____ Judge Presiding

INDICTMENT

## THE STATE OF ALABAMA, _____MACON_____ COUNTY

### Circuit Court, _____SPRING_____ Term, 19 98

1. The Grand Jury of Said County charge that before the finding of this Indictment Charles Hall, alias Charles Hall, Jr., alias Charles B. Hall, the true or christian name of whom being otherwise unknown to the Grand Jury, did intentionally receive, retain or dispose of stolen property, to-wit: one (1) 1993 Ford Explorer, a further description of which being otherwise unknown to the Grand Jury, the property of Deana Mahomes, of the value in excess of one thousand dollars ($1,000.00), knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its owner, in violation of Section 13A-8-17 of the Code of Alabama, against the peace and dignity of the State of Alabama.

2. The Grand Jury of Said County further charge that before the finding of this Indictment Charles Hall, alias Charles Hall, Jr., alias Charles B. Hall, the true or christian name of whom being otherwise unknown to the Grand Jury, did unlawfully possess marihuana for other than personal use, while at or near Tuskegee, Macon County, Alabama, contrary to and in violation of Section 13A-12-213 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_Rea S. Clark_
District Attorney of the Fifth Judicial Circuit