IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLES B. HALL JR.
PLAINTIFF

VS.

KENNETH GIBBS, ET AL.,
DEFENDANTS

2006 JUL 24 A 10: 23

U.S. DISTRICT COURT
MIDDLE DIST. ALA.

CIVIL ACTION NO.
3:06 - CV- 301 - WHA

## MOTION TO VOLUNTARY DISMISS

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CASE MOVES THIS HONORABLE COURT TO GRANT HIM VOLUNTARY DISMISSAL AND SHOWS THE FOLLOWING:

1) DEFENDANT HAS DISMISSED THE CHARGES IN WHICH CAUSED THE PLAINTIFF TO INITIATE THIS ACTION.

2) PLAINTIFF NO LONGER SUFFERS FROM DEFENDANTS ACTIONS OF PURSUING CRIMINAL CHARGES AGAINST HIM.

WHERE BY PLAINTIFF HAVE BEEN RELIEVED OF THE LEGAL NECESSITY TO PURSUE THIS ACTION HE RESPECTFULLY REQUEST THE COURT TO GRANT THIS MOTION FOR VOLUNTARY DISMISSAL. INSTANTER

THIS ___21st___ DAY OF ___July___ 2006.

CHARLES B HALL JR. #858024
D. S. PRISON Q-3
P.O. BOX 276
CHESTER, G.A. 31012

Charles Hall #858039
PLAINTIFF

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO VOLUNTARY DISMISS WAS SERVED UPON TROY KING, ATTORNEY GENERAL COUNCEL OF THE DEFENDENTS KENNETH GIBBS AND EDDIE D. MALLARD BY MAILING SAID DOCUMENTS THROUGH THE UNITED STATES POSTAL SERVICE WITH SUFFICIENT POSTAGE AFFIXED.

THIS 21st DAY OF July 2006.

Charles Wall #858029

PLAINTIFF

TROY KING
ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130.