IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES B. HALL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv301-WHA |
| | ) |
| KENNETH GIBBS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #16), filed on August 1, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Motion to Dismiss filed by the Plaintiff on July 24, 2006, is GRANTED.

2. This case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 15th day of August, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE