IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES B. HALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv301-WHA |
| ) | |
| KENNETH GIBBS, et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order entered in this case on this day granting the Plaintiff's Motion to Dismiss,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 15th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE